IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH DRENTH, *et al.*, | : | Civil No. 1:20-CV-00829 |
| Plaintiffs, | : | |
| v. | : | |
| KATHY BOOCKVAR, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 22nd day of May, 2020, following a conference call with counsel for all parties to address Plaintiffs' motion for temporary restraining order and/or preliminary injunction ("the motion"), the parties have agreed as follows:

1. The deadline of Tuesday, May 26, 2020, for all Pennsylvania voters to submit an application for an absentee or mail-in ballot shall remain unchanged.

2. In order to allow the parties to confer on the possibility of a stipulated remedy to be applied to the June 2, 2020 primary election, the court will defer ruling on the motion.

3. To the extent that the parties are able to agree to a stipulated remedy on the motion, said stipulated remedy shall apply to all Pennsylvania voters who apply or have applied for an absentee or mail-in ballot by the deadline of May 26, 2020, with the exception of those voters who have already

1

submitted an absentee or write-in ballot using the currently available paper ballot.

4. In order to avoid the potential futility of a court-ordered remedy in the event that the parties cannot agree to a stipulated remedy, Defendants' brief in opposition to the motion shall be filed by **5:00 pm on Sunday, May 24, 2020**.

5. Plaintiffs' reply brief shall be filed by **12:00 pm on Tuesday, May 26, 2020**.

6. A telephonic hearing on the motion is scheduled for **Wednesday, May 27, 2020 at 1:00 p.m.** Plaintiffs' counsel shall arrange a call-in number and pass code, and provide that information to the court and opposing counsel at least one hour prior to the call. The hearing shall last no more than two hours.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania