Page 1 of 1

**EXHIBIT LIST**

**JUDGE WILSON**                                                              **CASE NUMBER: 1:20-CV-00829**

| Plaintiff | Defendant | Description of Item | Identified | Ruling | Witness |
|---|---|---|---|---|---|
| 1 |  | Electronic Version of the Federal Write-In Absentee Ballot or "FWAB" ballot | Y | Admitted |  |
|  | 4 | Accessible Write In Ballot | Y | Admitted |  |
|  | 5 | Ballot Return Instructions | Y | Admitted |  |
|  | 6 | Republican Party Candidate List | Y | Admitted |  |
|  | 7 | Request for Accessible Ballot | Y | Admitted |  |
|  | 8 | Write-In Envelope | Y | Admitted |  |
|  | 9 | Mercer County UOCAVA | Y | Admitted |  |
|  | 10 | Adams County UOCAVA | Y | Admitted |  |
|  | 11 | Ellen Strom Resume 2020 | Y | Admitted |  |