**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSEPH DRENTH, *et al.*, | : | Civil No. 1:20-CV-00829 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| KATHY BOOCKVAR, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 4th day of August, 2020, **IT IS ORDERED** that a status conference is scheduled for **August 18, 2020, at 9:30 a.m.** to discuss the logistics of the September 2, 2020 bench trial. The conference will be by telephone. Counsel for Plaintiffs shall initiate the call by calling chambers at (717) 221-3970 after all counsel are on the line.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania