# ATTACHMENT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH DRENTH and THE NATIONAL FEDERATION OF THE BLIND OF PENNSYLVANIA,<br><br>Plaintiffs,<br><br>v.<br><br>KATHY BOOCKVAR, in her official capacity as Secretary of the Commonwealth, and DEPARTMENT OF STATE OF THE COMMONWEALTH OF PENNSYLVANIA,<br><br>Defendants. | Civil No. 1:20-CV-00829<br><br>Judge Jennifer P. Wilson |

**STIPULATIONS**

The parties, through their counsel, stipulate to the following facts for admission at the trial in this matter.

1. Plaintiff Joseph Drenth is a resident of Bucks County, Pennsylvania.

2. Mr. Drenth is legally blind.

3. Mr. Drenth is registered to vote in Pennsylvania.

4. Plaintiff National Federation of the Blind of Pennsylvania ("NFB-PA") is a non-profit corporation and an affiliate of the National Federation of the Blind.

5. NFB-PA is a membership organization and some of its members are blind.

6. NFB-PA promotes the civil rights of blind people and their full participation and integration in community life, including teaching blind people how to participate in civic activities such as voting.

7. NFB-PA's blind members include individuals who are registered to vote in Pennsylvania.

8. Defendant Department of State ("DOS") is an agency of the Commonwealth of Pennsylvania.

9. Defendant Kathy Boockvar is the Secretary of the Commonwealth.

10. DOS has previously compelled the County Boards of Elections ("CBEs") to make significant changes to their voting procedures, including directing them on April 12, 2018 to purchase new voting systems with voter-verifiable paper records by no later than December 31, 2019. This was pursuant to specific authority with respect to voting systems, including the authority to examine and approve voting systems for use in the Commonwealth and to revoke approval when necessary. *See* 25 Pa. Stat. Ann. § 3031.5.

11. DOS receives federal financial assistance.

12. Currently, Pennsylvania offers two options to registered voters who do not or cannot vote in person at their local polling places – mail-in ballots and absentee ballots.

13. Mail-in ballots are a new method of voting in Pennsylvania. Governor Wolf signed Act 77 of 2019 into law on October 31, 2019.

14. All registered Pennsylvania voters are eligible to vote by mail-in ballots without offering any justification or excuse if they submit timely applications, as long as they timely apply for a mail-in ballot.

15. Some registered Pennsylvania voters are eligible to vote by absentee ballot, including those who are absent from the jurisdiction and those who are unable to vote in person due to illness or disability, if they submit timely applications, as long as they timely apply for an absentee ballot.

16. Pennsylvania voters who seek to vote by mail-in or absentee ballot must apply to do so, by submitting a timely application either on paper or online through a portal operated by DOS.

17. CBEs process the Pennsylvania voters' absentee and mail-in ballot applications to determine if the applicants are qualified to vote.

18. After the CBE determines that a voter who applied for a mail-in or absentee ballot is qualified to vote, it sends to the voter via mail a package that

consists of: (a) a paper ballot; (b) a plain white envelope marked "Official Absentee Ballot," known as the secrecy envelope; and (c) a return envelope.

19. Accessible ballot marking and delivery tools electronically deliver ballots to blind voters and enable them to mark the ballots electronically using screen reader technology.[1]

20. Many blind individuals, including Mr. Drenth and some NFB-PA members, use screen reader technology, so the users can read, navigate and complete forms independently and privately on their computers, tablets, and smartphones.

21. Accessible ballot delivery and marking tools exist and are commercially available from private vendors and through open-source platforms**.**

22. Pennsylvania currently electronically delivers ballots via email to voters qualified to vote under the federal Uniformed and Overseas Citizens Absentee Voting Act ("UOCAVA") or its state counterpart, the Uniformed Military and Overseas Voting Act ("UMOVA"), who request electronic delivery.

23. For the June 2, 2020 primary, DOS approved 6,495 UOCAVA applications with the email delivery method and sent 5,952 ballots via that method.

---

[1] As used in this Stipulation, the phrase "accessible ballot marking and delivery tool" refers to technology that electronically delivers ballots to blind voters that integrate into a single document both the candidates' names and a means to make the selection (using, for instance, a check mark) so as to permit blind voters to privately and independently read the ballot using their screen reader software and mark the ballot. The phrase does not refer to the AWIB process.

24. In a May 28, 2020 press release concerning use of the Accessible Write-In Ballot ("AWIB") process for the June 2020 primary election, Defendant Boockvar stated that DOS is "committed to … implementing a long-term solution for accessible ballots for the November election and beyond."

25. DOS does not intend to use the AWIB process in the November 2020 election.

26. The Defendants started the process of securing a RBMS in February 2020.

27. The Defendants started getting price quotes for a RBMS in March 2020.

28. On April 10, 2020, prior to this litigation, the Secretary wrote a letter to the United States Election Assistance Commission requesting CARES Act funds in part for the purposes of securing a RBMS for the 2020 Federal election cycle.

29. The General Assembly has not passed a law directing electronic submission of any completed ballots. The parties dispute whether the passing of such a law is relevant to this litigation.

30. Electronic submission includes submission through an application, online portal, e-mail, or fax, among other things.

31. Voters can return mail-in ballots by mail, *or* in-person by hand delivery, or by a third-party in limited situations, to the voter's respective County

Board of Election or other designated locations identified by the county. 25 P.S. §§ 3146.6(a) and 3150.16(a), 25 Pa. C.S. § 3509

32. DOS states that it anticipates that it will have an accessible ballot delivery and marking tool in place and operational by September 1, 2020, which DOS expects should be available for use in the November 2020 election.

33. DOS has no signed contract to secure an accessible ballot marking and delivery tool yet, and the bureaucratic procurement process (which includes a requirement that the Attorney General approve the contract) is ongoing.

34. In April 2020, the U.S. Election Assistance Commission awarded DOS more than $14.2 million under the 2020 CARES Act, and DOS stated that a portion of these funds would be used to "implement an accessible electronic ballot marking device and tool to enable voters with disabilities to vote absentee or by mail."

35. DOS has set aside approximately $1.5 million of the CARES Act funding to implement the electronic ballot marking and delivery tool, but DOS has not yet spent any of that funding.

36. Mr. Drenth and other blind voters want to participate in the democratic process by voting, including voting in the November 2020 election and other future elections.

37. Mr. Drenth and other blind voters want the opportunity to vote without traveling to a polling place.

38. Voting remotely by mail-in or absentee ballot enables voters to exercise their franchise without physically travelling to and being present at their polling places and voting in person.

39. As of August 3, 2020, there have been more than 4.6 million COVID-19 cases and more than 154,000 COVID-19 deaths nationwide, including more than 110,000 confirmed cases and more than 7,200 deaths in Pennsylvania.

40. While the number of COVID-19 infections has fallen from their peak, the numbers are starting to rise again in the nation and Pennsylvania.

41. To alleviate crowded polling places and the risk of COVID-19 infection, DOS encouraged Pennsylvania voters who were concerned about in-person voting to vote by mail-in or absentee ballot during the June 2020 primary, and it expects to do the same for the November 2020 general election.

42. The Centers for Disease Control and Prevention have recommended that voters consider other "available alternatives" to voting in person as a means to protect against COVID-19 infection.

43. DOS encouraged voters to vote using the mail-in ballot program.

44. In the June 2, 2020 primary, more Pennsylvanians voted by absentee and mail-in ballots (1,459,509) than voted in person at their polling places (1,415,769).

45. Polling places were open for the June primary, with many, particularly in Philadelphia and Allegheny County, being consolidated, and social distancing and other preventative measures in place at the remainder to protect against the spread of COVID-19.

46. Some blind people, including Mr. Drenth, have co-occurring conditions that can place them at higher risk of COVID-19 infection or more serious consequences from COVID-19 infection.

47. Particularly due to the threat of COVID-19 posed by in-person voting, blind voters vote want to vote privately and independently without traveling to a polling place in the November 2020 election.

48. Mr. Drenth has a printer.

49. Mr. Drenth has a mailbox that he uses to send and receive mail.

50. With respect to voters who apply to use the RBMS to receive and mark their ballots, Defendants have resolved to issue a directive to the counties in advance of the General Election requesting the counties to mail the secrecy envelope and the return envelopes addressed to the respective voter's County Board of Elections at the same time that their ballot is delivered electronically. The

Defendants will request that the return envelope is larger than the secrecy envelope so that the envelopes are distinguishable, and the electronic instruction will indicate as such.

51. With respect to voters who apply to use the RBMS to receive and mark their ballots, Defendants have resolved to issue a directive to the counties in advance of the General Election requesting the counties to accept the return envelope as long as a signature appears anywhere on the envelope though Defendants admit that their enforcement authority is unclear.

/s/ Kelly Darr
Kelly Darr (PA 80909)
Robin Resnick (PA 46980)
Laura Caravello (PA 312091)
Disability Rights Pennsylvania
1800 J.F. Kennedy Blvd., Suite 900
Philadelphia, PA 19103-7421
215-238-8070

/s/ Kobie Flowers
Kobie Flowers (MD 0106200084)
Sharon Krevor-Weisbaum (MD 8712010337)
James Strawbridge (MD 1612140265)
Brown Goldstein Levy LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
410-962-1030

Counsel for Plaintiffs

/s/ Nicole J. Boland
Nicole J. Boland (PA 314061)
Stephen Moniak (PA ____)
Karen M. Romano (PA ______)
Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA 17120
717-783-3146

Counsel for Defendants