# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH DRENTH, *et al.*, | : | Civil No. 1:20-CV-00829 |
| Plaintiffs, | : | |
| v. | : | |
| KATHY BOOCKVAR, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 18th day of August, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Defendants' motion for summary judgment (Doc. 50) is **GRANTED**.

2. Plaintiffs' motion for summary judgment (Doc. 48) is **DENIED**.

3. Both parties' motions in limine and Plaintiffs' motion to reopen discovery (Docs. 58, 77, 79) are **DENIED AS MOOT**.

4. The Clerk of Court is directed to enter judgment in Defendants' favor and close this case.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania